**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LAZARO VALIENTE NUNEZ,

Petitioner,

v. No. 1:26-cv-03473-MLG-KRS

TODD BLANCHE, in his official capacity as Attorney General of the United States; MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; DAVID VENTURELLA, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement; MARY DE ANDA YBARRA, in her official capacity as El Paso Field Office Director, U.S. Immigration and Customs Enforcement; and WARDEN of the Torrance County Detention Center,

Respondents.

**ORDER TRANSFERRING CASE TO**
**THE HONORABLE SARAH M. DAVENPORT**

Petitioner Lazaro Valiente Nunez is detained at the Torrance County Detention Facility in Estancia, New Mexico. Doc. 1 at 2. On October 16, 2026, Nunez filed a pro se petition for writ of habeas corpus, Doc. 1, seeking a writ of habeas corpus directing federal immigration authorities to immediately release him from custody, or, alternatively, to justify his continued detention. *Id.* at 7. Nunez filed a similar petition for writ of habeas corpus on July 9, 2026, in *Lazaro v. Warden., et al.*, No. 1:26-cv-02214-SMD-JMR (D.N.M.).

Given the similarity of Nunez's petitions in these two cases, the "compelling considerations of judicial efficiency and avoidance of inconsistent judicial results strongly favor"

having a single judge address both petitions. *See Arizona & New Mexico Coal. of Ctys. for Econ. Growth v. U.S. Fish & Wildlife Serv.*, No. CV 15-00125 WJ/WPL, 2015 WL 9917341, at *7 (D.N.M. Apr. 23, 2015). The Court therefore transfers this case, No. 1:26-cv-03473-MLG-KRS, to the Honorable Sarah M. Davenport, United States District Court Judge for the District of New Mexico. *See* Fed. R. Civ. P. 42(a)(3) (permitting a court to "issue any . . . order[] to avoid unnecessary cost or delay" where cases "involve a common question of law or fact"); *Payne v. Tri-State CareFlight, LLC*, 327 F.R.D. 433, 451 n.9 (D.N.M. 2018) (explaining that Rule 42(a)(3) permits a judge to transfer a case to another judge within the District of New Mexico, and noting that "the tradition and practice has been to consolidate the case with the highest number into the one with the lowest number" (citation modified)).

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA